UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHASE BANK USA., N.A.,

                Movant,                          19-mc-275-GHW

      -against-                           **JUDGMENT**

M. HARVEY REPHEN & ASSOCIATES, P.C.,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 19, 2020, the Court finds that the Rephen Firm and Mr. Rephen willfully failed to comply with the Court's July 15, 2019 Order. The Court orders the Rephen Firm and Mr. Rephen to pay Chase $231,441 in attorney's fees and costs; judgment is entered in favor of Chase in the amount of $231,441.

**Dated:** New York, New York
         April 20, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                          **Clerk of Court**
                                  **BY:**
                                                          _____
                                                          **Deputy Clerk**