UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2021
```

------------------------------------------------------------- X
                                  :

CHASE BANK USA., N.A.,                :
                                  :

                 Movant,     :               1:19-mc-275-GHW
                                  :

            -v -              :                  <u>ORDER</u>
                                  :

M. HARVEY REPHEN & ASSOCIATES, P.C.,   :
                                  :

            Respondent.   :
                                  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       For the reasons stated on the record during the April 14, 2021 conference, the restraints

described in Petitioner's March 31, 2021 letter, Dkt. No. 75, are extended to November 8, 2021.

       Petitioner is directed to submit the following materials by no later than May 5, 2021:

- Petitioner's motion for a turnover order, including a memorandum in support of
  application, and any additional materials intended to support the motion, including
  affidavits or declarations.

- A letter outlining the procedure for a federal court's review of a turnover motion,
  including, *inter alia*, supervision of the notice period to potential creditors to challenge
  the proposed turnover order and, if the motion is granted, the process for
  implementing such an order.  Each step should be supported by citation to case law
  and form orders, as described below.

- A full package of model and proposed orders, and notices to any potential creditors.
  The proposed orders and notices should be annotated with references to specific cases
  that serve as the basis for the proposed order or notice.

Respondent's opposition to Petitioner's motion is due no later than May 25, 2021.

SO ORDERED.

Dated: April 15, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge