```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHASE BANK USA, N.A.                          :
                                              :    19-MC-0275 (GHW) (RWL)
                        Movant,               :
                                              :
            - against -                       :    ORDER
                                              :
M. HARVEY REPHEN & ASSOCIATES, P.C.           :
                                              :
                        Respondent.           :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the Court's June 14, 2021 order (Dkt. 91), Respondent submitted the declaration of Mark Harvey Rephen providing information about potential claimants to funds in the escrow account ending in 9428. (Dkt. 92.) The declaration addresses funds in the escrow account that belong to two clients of the Rephen firm, one of with whom Mr. Rephen has lost contact.

By July 14, 2001, and before the Court takes any further action with respect to the turnover procedures suggested by Chase at Dkt. 87, Chase shall file a letter with the Court of no more than five pages (1) addressing the issue of the extent to which an attorney's escrow account holding funds for clients is or may be exempt from turnover or other judgment enforcement actions, and (2) recommending next steps with respect to the funds held in the 9248 account.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 25, 2021
       New York, New York

Copies transmitted this date to all counsel of record.