```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHASE BANK USA, N.A.

                  Movant,

        - against -

M. HARVEY REPHEN & ASSOCIATES, P.C.

                  Respondent.
------------------------------------------------------------X

19-MC-0275 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By **September 10, 2021**, Chase shall file a letter with the Court stating whether, in light of Dkt 101, Chase agrees that the $13,500 at issue should be paid to Ms. Werner in its entirety. If Chase does not agree, it shall set forth its reasons.

                                     SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated: September 3, 2021
        New York, New York

Copies transmitted this date to all counsel of record.