USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHASE BANK USA, N.A.

                Movant,

- against -

M. HARVEY REPHEN & ASSOCIATES, P.C.

                Respondent.
------------------------------------------------------------X

19-MC-0275 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On September 23, 2021, the Court held a conference with the parties and claimant Diana Werner regarding her adverse claim to certain funds in the -9428 account. By **October 23, 2021**, Ms. Werner shall make an appearance either pro se (without counsel) or by counsel. By **November 2, 2021**, the parties and Ms. Werner shall meet and confer and file a joint letter proposing the process to be followed in resolving the claim. In the meantime, Plaintiff may execute on all funds in the -9428 account at issue that exceed $13,500, which amount must remain in the account until Ms. Werner's adverse claim is resolved.

      By **September 28, 2021**, Movant shall serve on Ms. Werner a copy of this Order and shall file an affidavit of service by **October 4, 2021.**

                                     SO ORDERED.

                                     _____
                                     ROBERT W. LEHRBURGER
                                     UNITED STATES MAGISTRATE JUDGE

Dated: September 24, 2021
       New York, New York

Copies transmitted this date to all counsel of record.